AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

Charles F. Magno

v.

NCO Financial Systems, Inc.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 08-cv-563

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard.

IT IS ORDERED AND ADJUDGED that the defendants offer of judgment for $1500. to plaintiff plus plaintiffs reasonable attorney's fees is accepted.



Date: October 22, 2008

RODNEY C. EARLY,
CLERK

By: S/ Jane D. Kellogg
Deputy Clerk